UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER M.,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No.25-cv-04533-AMO

**JUDGMENT**

On March 27, 2026, the Court reversed the Commissioner's decision and remanded this case for further proceedings.  Pursuant to Federal Rule of Civil Procedure 58, the Court **ENTERS JUDGMENT** in favor of Plaintiff and against Defendant. The Clerk shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: April 7, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**